

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

## NO. AP-76,649

---

### EX PARTE RODNEY C. JONES, Applicant

---

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2005-411,112 IN THE 140TH DISTRICT COURT
### FROM LUBBOCK COUNTY

---

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault and sentenced to eight  years' imprisonment. The Seventh Court of Appeals dismissed his appeal. *Jones v. State*, No. 07-06-00180-CR (Tex. App.–Amarillo May 11, 2006, no pet.). After we granted Applicant an out-of-time appeal, the Seventh Court of Appeals affirmed his conviction. *Jones v. State*, No. 07-08-00120-CR (Tex. App.–Amarillo Nov. 11, 2008, pet. struck).

Applicant contends that he did not receive credit when released on appellate bond from July

28, 2006, the date the mandate issued in case number 07-06-00180-CR, to September 21, 2007, the date he was arrested. On June 22, 2011, we remanded this application for findings of fact and conclusions of law. On remand, after making findings of fact, the trial court concluded that Applicant was entitled to day-for-day credit from July 28, 2006 to September 21, 2007. We agree. The Texas Department of Criminal Justice shall credit Applicant's sentence in cause number 2005-411,112 in the 140th District Court of Lubbock County with the time set out in this opinion.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Filed: September 28, 2011

Do not publish